| | |
|---|---|
| 1 | Michael D. Mortenson, Cal. Bar No. 247758 |
| 2 | mmortenson@mortensontaggart.com<br>Craig A. Taggart, Cal. Bar No. 239168 |
| 3 | ctaggart@mortensontaggart.com<br>MORTENSON TAGGART LLP |
| 4 | 300 Spectrum Center Dr., Suite 1100<br>Irvine, CA 92618 |
| 5 | Telephone: (949) 774-2224<br>Facsimile: (949) 774-2545 |
| 6 | Attorneys for Defendant |
| 7 | RIVIAN AUTOMOTIVE, LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE, JANE ROE AND JOHN ROE II,<br><br>    Plaintiffs and Putative Class Representatives,<br><br>vs.<br><br>RIVIAN AUTOMOTIVE, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 8:20-cv-00998-MWF-ADS<br><br>Hon. Michael W. Fitzgerald<br><br>**DEFENDANT RIVIAN AUTOMOTIVE, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Hearing Date:   August 17, 2020<br>Time:           10:00 a.m.<br>Courtroom:      5A |

NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, August 17, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Michael W. Fitzgerald, Courtroom 5A at First Street Courthouse, 350 W. First Street, Los Angeles, California 90012, Defendant Rivian Automotive, LLC will and hereby does move this Court, pursuant to Federal Rules of Civil Procedure 8(a), 9(b), 10, 12(b)(1), and 12(b)(6), to dismiss all claims in Plaintiffs John Roe, Jane Roe and John Roe II's Class Action Complaint ("Complaint"). Rivian also moves, pursuant to Federal Rule of Civil Procedure 12(f) to strike Plaintiffs' class action allegations.

Plaintiffs lack standing to bring their claims, and their claims are not ripe for adjudication. Further, the Complaint does not contain facts sufficient to state viable, plausible claims against Rivian for fraud by concealment and injunctive relief to stay Rivian's initial public offering, and Plaintiffs' fraud by concealment claim is not pled with particularity under Federal Rule of Civil Procedure 9(b). Moreover, Plaintiffs' Complaint violates Federal Rule of Civil Procedure 10 because Plaintiffs do not identify themselves, but instead purport to proceed anonymously as John Roe, Jane Roe and John Roe II.

In addition, Plaintiffs' class action allegations should be stricken for failing to comply with Local Rule 23. Specifically, Rivian asks the Court to dismiss and/or strike the following: all class references contained in the "Summary" paragraph of Plaintiffs' Complaint; paragraphs 6d, 13, 22, and 23 in their entirety; the second sentences of paragraphs 7 and 8; the class references in paragraphs 9, 9a, 9b, 9c, 10, 12, 15, 15a, and 15b; and finally, paragraphs 1 and 8 of Plaintiffs' Prayer for Relief.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 12, 2020. (*See* Declaration of Michael D. Mortenson in Support of Motion to Dismiss.) Rivian's counsel explained the

grounds for the motion, but Plaintiffs' counsel did not engage in any substantive discussion. After the call Plaintiffs' counsel sent Rivian's counsel an e-mail making various threats to Rivian and its counsel. Rivian's counsel responded and offered to engage in further meet and confer discussions. However, Plaintiffs' counsel never responded to Rivian's counsel's follow-up e-mails.

    Rivian's motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Michael D. Mortenson in Support of Motion to Dismiss and exhibits thereto, all other documents in the record, any matters to which the Court may take judicial notice, and any arguments that may be presented at any hearing on the motion.

DATED: July 20, 2020        MORTENSON TAGGART LLP

                                    By: *s/Michael D. Mortenson*
                                           Michael D. Mortenson
                                           Craig A. Taggart
                                           Attorneys for Defendant
                                           RIVIAN AUTOMOTIVE, LLC