1 | Michael D. Mortenson, Cal. Bar No. 247758
mmortenson@mortensontaggart.com
2 | Craig A. Taggart, Cal. Bar No. 239168
ctaggart@mortensontaggart.com
3 | MORTENSON TAGGART LLP
300 Spectrum Center Dr., Suite 1100
4 | Irvine, CA 92618
Telephone: (949) 774-2224
5 | Facsimile: (949) 774-2545

6 | Attorneys for Defendant
RIVIAN AUTOMOTIVE, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN ROE, JANE ROE AND JOHN ROE II, <br><br> Plaintiffs and Putative Class Representatives, <br><br> vs. <br><br> RIVIAN AUTOMOTIVE, LLC, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 8:20-cv-00998-MWF-ADS <br><br> Hon. Michael W. Fitzgerald <br><br> **DECLARATION OF MICHAEL D. MORTENSON IN SUPPORT OF DEFENDANT RIVIAN AUTOMOTIVE, LLC'S MOTION TO DISMISS** <br><br> Hearing Date: August 17, 2020 <br> Time: 10:00 a.m. <br> Courtroom: 5A |

DECLARATION OF MICHAEL D. MORTENSON

# DECLARATION OF MICHAEL D. MORTENSON

I, Michael D. Mortenson, declare and state as follows:

1. I am an attorney duly authorized to practice law in the State of California. I am a partner at Mortenson Taggart LLP, counsel for defendant Rivian Automotive, LLC in the above-referenced action. I make this declaration in support of Rivian's Motion to Dismiss. This declaration is based on my personal knowledge unless otherwise stated. If called upon as a witness, I could and would testify competently as to the matters set forth below.

2. Plaintiffs' claims are based, in part, on deposits that Plaintiffs made through Rivian's website at www.rivian.com. Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot of the deposit page on Rivian's website. This information can also be found at the following website address: https://preorders.rivian.com/2322956400/checkouts/343554fe478d2045916f206403776e83.

3. By placing a deposit, depositors expressly agree to the Terms & Conditions on the website. Attached hereto as **Exhibit 2** is a true and correct copy of Rivian's Terms and Conditions that can be found at the "Terms & Conditions" hyperlink at the bottom of the same page as well as on the subsequent page after the depositors information is entered into for the deposit.

4. On June 12, 2020, after Plaintiffs filed their Complaint, my partner, Craig A. Taggart, and I had a call with Timothy Cojocnean, counsel for Plaintiffs John Roe, Jane Roe and John Roe II. After briefly discussing service of process, Plaintiffs' counsel and "Director of Litigation" attempted to persuade me to engage in settlement discussions.

5. After I politely informed Mr. Cojocnean that Rivian was not interested in settlement, I explained to Mr. Cojocnean that the claims were baseless. I then informed Plaintiffs' counsel that Rivian intends to move to dismiss the Complaint after it is served. I then met and conferred in compliance with Local Rule 7-3, and I explained the grounds for Rivian's motion. Mr. Cojocnean did not engage in any

discussions regarding the anticipated motion to dismiss. Instead, Mr. Cojocnean's Director of Litigation became agitated, and they indicated, among other things, that they immediately planned to issue a press release and serve the Complaint.

6. Later that day, I received an e-mail from Mr. Cojocnean, which followed up on our conversation, acknowledged the meet and confer, and made a variety of threats in what I understood to be an attempt to persuade me to engage in settlement discussions. Attached hereto as **Exhibit 3** is a true and correct copy of Mr. Cojocnean's e-mail to me and my partner, Craig A. Taggart.

7. On June 15, 2020, Mr. Taggart responded to Mr. Cojocnean. Among addressing other items, Mr. Taggart offered to meet and confer further regarding Rivian's motion. Mr. Cojocnean never responded to Mr. Taggart's e-mail.

8. On June 30, 2020, I sent a follow-up e-mail to Mr. Cojocnean. However, Mr. Cojocnean never responded.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed this July 20, 2020, at Irvine, California.

  */s/ Michael D. Mortenson*
  Michael D. Mortenson