# EXHIBIT 1



| HIDE ORDER SUMMARY ^ | $1,000.00 |

| | Rivian Truck | $1,000.00 |

Subtotal $1,000.00

Shipping  Calculated at next step

Total  USD **$1,000.00**

## Contact Information

Email

☐ Keep me up to date on Rivian news and special events.

Note: To complete your preorder of a R1T or R1S, we require a refundable deposit of $1,000 (USD) at the time of your submission (the "preorder fee"). This preorder fee will be applied to the balance owed on the Final Sales Agreement between us.

You may cancel your preorder at any time by contacting us at preorders@rivian.com and expressing your decision to withdraw. We will process your decision and promptly refund you the full deposit amount ($1,000) via wire transfer to your financial institution.

For further information, please see the Terms and Conditions link on the bottom of this page.

## We'd love to send you a little something in the mail. What's a good address to use?

First name

Last name

Company (optional)

Address

Apartment, suite, etc. (optional)

City

COUNTRY/REGION

United States

STATE

California

California

ZIP code

Phone

☐ Save this information for next time

CONTINUE

Terms & Conditions