# EXHIBIT 3

## Michael D. Mortenson

| | |
|---|---|
| **From:** | Timothy  Cojocnean <Tim@ocemploymentlawfirm.com> |
| **Sent:** | Friday, June 12, 2020 12:26 PM |
| **To:** | Michael D. Mortenson |
| **Cc:** | Craig A. Taggart; Teresa C. Alarcon |
| **Subject:** | RE: John Roe, et al. v. Rivian Automotive, LLC |

Mr. Mortenson,

Instead of wasting the Court's time on a 12b Motion and under Rule 7.3 please give us what you wish to see in the Complaint and we will get the First Amended Complaint filed and we can include language from the Toyota, Ford and Volkswagen Lawsuits and Settlements.  If you've been tracking these cases, you will notice that Volkswagen is being sued again for the same issues raised in the original lawsuit (see the June 1, 2020 article in the New York Times).

**Federal Rule of Civil Procedure 9(b) creates a heightened pleading standard for fraud claims, and requires that lawyers plead circumstances of fraud with particularity. However, "[m]alice, intent, knowledge, and other conditions of a person's mind may be alleged generally." F.R.C.P Rule 9**

The whistle blower has given us all of the facts and names of the tortfeasors at Rivian to meet the  Rule 9 pleadings requirements.

Please understand that we will be sure to let your client know by way of the Press Releases that, in our opinion, you have turned down our settlement proposal solely to increase your billable hours, and we will suggest that Rivian get new Defense Counsel to save them lots of money.

If you have lied to Rivian about your anticipated 12b motion, that will be an interesting issue to cover during the Rule 26 filing and meeting under the crime-fraud exception to the attorney-client privilege.

As to standing, two of the Plaintiffs are defrauded Depositors and the third Plaintiff is the Whistle Blower, who has extremely detailed inside information that mirrors closely the VW Diesel Fraud Whistleblower case. In fact, since the filing of this case, our office was contacted by the individual who's firm funded the VW Diesel Fraud case, and he is waiting with baited breath as to our decision of whether or not to accept his offer for funding.

We suggest you discuss with your client that this case has the potential to destroy their IPO, and maybe then you might consider our offer.

Also, our product-defects litigation expert is why the McDonald Douglas Sioux City Iowa crash case settled due to his knowledge and insight as to the defective hydraulic system (his declaration resulted in the case being settled), as well as the Parker Hannifin, Cessna-210 cases (de-icing boots), and was successful in causing a mandatory airworthiness directive to be issued due to the Piper Super Cub failure of the forward fuel header tanks. He was also a primary witness in a case which settled for $10 million concerning Cessna-411 Fuel Bladder Liner Defects. In other words, he is very familiar with product-defects litigation. He was hoping to speak with you about your experience in the Benghazi and CIA issues, given his personal involvement in both.

We will be serving the complaint and a motion-for-confidentiality order simultaneously. Please consider today's phone call, along with this email, our office's meet-and-confer under Rule 7.3 prior to filing a motion-for-confidentiality order.

Lastly, we would like to advise you that we will be filing a related individual whistleblower case which would have been discussed had you been interested in our settlement proposal.

Feel free to call me at any time if you'd like to discuss further.

Professionally,

**Timothy Cojocnean, Esq.**
Orange County Employment Law Firm PC
Office: (949)-536-5622
Email: Tim@ocemploymentlawfirm.com



19200 Von Karman Ave. Suite 345 | Irvine, CA
92612 | www.ocemploymentlawfirm.com

Notice: This electronic mail message, and any documents, files, or previous e-mail transmissions attached to or forwarded with it, may contain information that is legally privileged, confidential, and exempt from disclosure under applicable law, including the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication, is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

**From:** Michael D. Mortenson <mmortenson@mortensontaggart.com>
**Sent:** Friday, June 12, 2020 10:59 AM
**To:** Timothy Cojocnean <Tim@ocemploymentlawfirm.com>
**Cc:** Craig A. Taggart <ctaggart@mortensontaggart.com>; Teresa C. Alarcon <talarcon@mortensontaggart.com>
**Subject:** RE: John Roe, et al. v. Rivian Automotive, LLC

Ok.  Please call me at 949-774-2213

Michael D. Mortenson
*Partner*

 MORTENSON TAGGART LLP
300 Spectrum Center Drive, Suite 1100, Irvine, CA 92618
t. 949.774.2213  f. 949.774.2545
mmortenson@mortensontaggart.com

**From:** Timothy Cojocnean <Tim@ocemploymentlawfirm.com>
**Sent:** Friday, June 12, 2020 10:35 AM
**To:** Michael D. Mortenson <mmortenson@mortensontaggart.com>
**Cc:** Craig A. Taggart <ctaggart@mortensontaggart.com>; Teresa C. Alarcon <talarcon@mortensontaggart.com>
**Subject:** RE: John Roe, et al. v. Rivian Automotive, LLC

Hi Michael,

Please have a look at the attached stipulation that will be the basis of today's phone call.

Best,

**Timothy Cojocnean, Esq.**

Orange County Employment Law Firm PC
Office: (949)-536-5622
Email: Tim@ocemploymentlawfirm.com



19200 Von Karman Ave. Suite 345 |  Irvine, CA
92612 |  www.ocemploymentlawfirm.com

Notice: This electronic mail message, and any documents, files, or previous e-mail transmissions attached to or forwarded with it, may contain information that is legally privileged, confidential, and exempt from disclosure under applicable law, including the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication, is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

**From:** Michael D. Mortenson <mmortenson@mortensontaggart.com>
**Sent:** Thursday, June 11, 2020 4:38 PM
**To:** Timothy Cojocnean <Tim@ocemploymentlawfirm.com>
**Cc:** Craig A. Taggart <ctaggart@mortensontaggart.com>; Teresa C. Alarcon <talarcon@mortensontaggart.com>
**Subject:** RE: John Roe, et al. v. Rivian Automotive, LLC

Sounds good, thanks.

Michael D. Mortenson
*Partner*

 MORTENSON TAGGART LLP
300 Spectrum Center Drive, Suite 1100, Irvine, CA 92618
t. 949.774.2213  f. 949.774.2545
mmortenson@mortensontaggart.com

**From:** Timothy Cojocnean <Tim@ocemploymentlawfirm.com>
**Sent:** Thursday, June 11, 2020 4:32 PM
**To:** Michael D. Mortenson <mmortenson@mortensontaggart.com>
**Cc:** Craig A. Taggart <ctaggart@mortensontaggart.com>; Teresa C. Alarcon <talarcon@mortensontaggart.com>
**Subject:** RE: John Roe, et al. v. Rivian Automotive, LLC

That works great. I will call your office then.

**Timothy Cojocnean, Esq.**
Orange County Employment Law Firm PC
Office: (949)-536-5622
Email: Tim@ocemploymentlawfirm.com



19200 Von Karman Ave. Suite 345 |  Irvine, CA
92612 |  www.ocemploymentlawfirm.com

Notice: This electronic mail message, and any documents, files, or previous e-mail transmissions attached to or forwarded with it, may contain information that is legally privileged, confidential, and exempt from disclosure under applicable law, including the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication, is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

**From:** Michael D. Mortenson <mmortenson@mortensontaggart.com>
**Sent:** Thursday, June 11, 2020 4:31 PM
**To:** Timothy Cojocnean <Tim@ocemploymentlawfirm.com>
**Cc:** Craig A. Taggart <ctaggart@mortensontaggart.com>; Teresa C. Alarcon <talarcon@mortensontaggart.com>
**Subject:** RE: John Roe, et al. v. Rivian Automotive, LLC

How about 11a?

Michael D. Mortenson
*Partner*

 MORTENSON TAGGART LLP
300 Spectrum Center Drive, Suite 1100, Irvine, CA 92618
t. 949.774.2213  f. 949.774.2545
mmortenson@mortensontaggart.com

**From:** Timothy Cojocnean <Tim@ocemploymentlawfirm.com>
**Sent:** Thursday, June 11, 2020 4:27 PM
**To:** Michael D. Mortenson <mmortenson@mortensontaggart.com>
**Cc:** Craig A. Taggart <ctaggart@mortensontaggart.com>; Teresa C. Alarcon <talarcon@mortensontaggart.com>
**Subject:** RE: John Roe, et al. v. Rivian Automotive, LLC

Whoops, depo is Monday. I'm available any time tomorrow. Please let me know what time works, or just shoot me an email in the morning and we can set it up.

Best,

**Timothy Cojocnean, Esq.**
Orange County Employment Law Firm PC
Office: (949)-536-5622
Email: Tim@ocemploymentlawfirm.com



19200 Von Karman Ave. Suite 345 |  Irvine, CA
92612  | www.ocemploymentlawfirm.com

Notice: This electronic mail message, and any documents, files, or previous e-mail transmissions attached to or forwarded with it, may contain information that is legally privileged, confidential, and exempt from disclosure under applicable law, including the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication, is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

**From:** Michael D. Mortenson <mmortenson@mortensontaggart.com>
**Sent:** Thursday, June 11, 2020 3:55 PM
**To:** Timothy Cojocnean <Tim@ocemploymentlawfirm.com>
**Cc:** Craig A. Taggart <ctaggart@mortensontaggart.com>; Teresa C. Alarcon <talarcon@mortensontaggart.com>
**Subject:** RE: John Roe, et al. v. Rivian Automotive, LLC

Tim,

Sorry.  Today is bad for us.  What does tomorrow look like for you?

MM

Michael D. Mortenson
*Partner*

 MORTENSON TAGGART LLP
300 Spectrum Center Drive, Suite 1100, Irvine, CA 92618
t. 949.774.2213  f. 949.774.2545
mmortenson@mortensontaggart.com

---

**From:** Timothy Cojocnean <Tim@ocemploymentlawfirm.com>
**Sent:** Thursday, June 11, 2020 9:19 AM
**To:** Michael D. Mortenson <mmortenson@mortensontaggart.com>
**Cc:** Craig A. Taggart <ctaggart@mortensontaggart.com>; Teresa C. Alarcon <talarcon@mortensontaggart.com>
**Subject:** RE: John Roe, et al. v. Rivian Automotive, LLC

Hi Michael,

I'm available today or tomorrow any time after 3pm. Please let me know if that works for you.

Tim

**Timothy Cojocnean, Esq.**
Orange County Employment Law Firm PC
Office: (949)-536-5622
Email: Tim@ocemploymentlawfirm.com

 Orange County
**Employment Law Firm**

19200 Von Karman Ave. Suite 345 |  Irvine, CA
92612 |  www.ocemploymentlawfirm.com

Notice: This electronic mail message, and any documents, files, or previous e-mail transmissions attached to or forwarded with it, may contain information that is legally privileged, confidential, and exempt from disclosure under applicable law, including the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication, is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

---

**From:** Michael D. Mortenson <mmortenson@mortensontaggart.com>
**Sent:** Saturday, June 6, 2020 7:57 PM

**To:** Timothy Cojocnean <Tim@ocemploymentlawfirm.com>
**Cc:** Craig A. Taggart <ctaggart@mortensontaggart.com>; Teresa C. Alarcon <talarcon@mortensontaggart.com>
**Subject:** Re: John Roe, et al. v. Rivian Automotive, LLC

Tim,

Let's talk on Monday. Let me know if you're available after noon.

MM

On Jun 5, 2020, at 1:08 PM, Timothy Cojocnean <Tim@ocemploymentlawfirm.com> wrote:

Michael,

Thank you for reaching out. I was hoping that we could schedule a phone call for sometime late next week to discuss this matter. Please me know if you are amenable and/or available.

Professionally,

**Timothy Cojocnean, Esq.**
Orange County Employment Law Firm PC
Office: (949)-536-5622
Email: Tim@ocemploymentlawfirm.com

<image001.png>
19200 Von Karman Ave. Suite 345 |  Irvine, CA
92612  |  www.ocemploymentlawfirm.com

Notice: This electronic mail message, and any documents, files, or previous e-mail transmissions attached to or forwarded with it, may contain information that is legally privileged, confidential, and exempt from disclosure under applicable law, including the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is intended only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication, is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail and delete the entire message.

**From:** Michael D. Mortenson <mmortenson@mortensontaggart.com>
**Sent:** Friday, June 5, 2020 1:02 PM
**To:** Timothy Cojocnean <Tim@ocemploymentlawfirm.com>
**Cc:** Craig A. Taggart <ctaggart@mortensontaggart.com>; Teresa C. Alarcon <talarcon@mortensontaggart.com>
**Subject:** John Roe, et al. v. Rivian Automotive, LLC

Counsel,

Our firm represents Rivian Automotive, LLC in connection with the matter filed in United States District Court for the Central District of California entitled, *John Roe, et al. v. Rivian Automotive, LLC*, Case No. 8:20-cv-00998-MWF-ADS.  Please immediately cease all communications with our client, and direct all communications to my firm.  Thank you.

Regards,

Michael D. Mortenson
*Partner*