```
 1  Michael D. Mortenson, Cal. Bar No. 247758
       mmortenson@mortensontaggart.com
 2  Craig A. Taggart, Cal. Bar No. 239168
       ctaggart@mortensontaggart.com
 3  MORTENSON TAGGART LLP
    300 Spectrum Center Dr., Suite 1100
 4  Irvine, CA 92618
    Telephone: (949) 774-2224
 5  Facsimile: (949) 774-2545
 6  Attorneys for Defendant
    RIVIAN AUTOMOTIVE, LLC
 7
 8
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JOHN ROE, JANE ROE AND JOHN ROE II, | CASE NO. 8:20-cv-00998-MWF-ADS |
|---|---|
| Plaintiffs and Putative Class Representatives, | Hon. Michael W. Fitzgerald |
| vs. | **DEFENDANT RIVIAN AUOMOTIVE, LLC'S NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11** |
| RIVIAN AUTOMOTIVE, LLC, and DOES 1 through 10, inclusive, | |
| Defendants. | Hearing Date: September 14, 2020<br>Time: 10:00 a.m.<br>Courtroom: 5A |

NOTICE OF MOTION AND MOTION FOR RULE 11 SANCTIONS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, September 14, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Michael W. Fitzgerald, Courtroom 5A at First Street Courthouse, 350 W. First Street, Los Angeles, California 90012, Defendant Rivian Automotive, LLC will and hereby does move this Court, for an award of sanctions pursuant to Federal Rule of Civil Procedure 11 against plaintiffs John Roe, Jane Roe and John Roe II (collectively, the "Plaintiffs") along with their counsel, on the grounds that Plaintiffs' complaint is frivolous and was filed for an improper purpose.

In compliance with Federal Rule of Civil Procedure 11(c)(2) and Local Rule 7-3, Rivian served the motion on Plaintiffs and their counsel on July 21, 2020 per the Proof of Service filed concurrently herewith. Plaintiffs refused to withdraw their Complaint during the safe harbor period, which expired on August 11, 2020.

Rivian's motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Michael D. Mortenson in Support of Rivian's Rule 11 Motion for Sanctions and exhibits thereto, all other documents in the record, any matters to which the Court may take judicial notice, and any arguments that may be presented at any hearing on the motion.

DATED: August 17, 2020     MORTENSON TAGGART LLP

By: *s/Michael D. Mortenson*
    Michael D. Mortenson
    Craig A. Taggart
    Attorneys for Defendant
    RIVIAN AUTOMOTIVE, LLC