| *Attorney or Party without Attorney:*<br>Michael D. Mortenson (#247758)<br>Mortenson Taggart LLP<br>300 Spectrum Center Drive, Suite 1100<br>Irvine, CA 92618<br>Telephone No: (949) 774-2224<br>*Attorney For:* Defendant | *Ref. No. or File No.:*<br>1033-0001 | For Court Use Only |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* JOHN ROE, JANE ROE AND JOHN ROE II<br>*Defendant:* RIVIAN AUTOMOTIVE, LLC | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:20-cv-00998-MWF-ADS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Letter Dated July 21, 2020; DEFENDANT RIVIAN AUOMOTIVE, LLC'S NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT RIVIAN AUTOMOTIVE, LLC'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11; DECLARATION OF MICHAEL D. MORTENSON IN SUPPORT OF RIVIAN AUTOMOTIVE, LLC'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11; [PROPOSED] ORDER GRANTING DEFENDANT RIVIAN AUTOMOTIVE, LLC'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11

3. a. Party served: TIMOTHY M. COJOCNEAN, ESQ. | ORANGE COUNTY EMPLOYMENT LAW FIRM PC
   b. Person served: TIMOTHY M. COJOCNEAN, ESQ.

4. Address where the party was served: 19200 Von Karman Ave Suite 345, Irvine, CA 92612

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jul 21 2020 (2) at: 04:29 PM , to the person(s) indicated above in the manner as provided in 1011 CCP.

Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Thien Nguyen
   b. FIRST LEGAL
   600 W. Santa Ana Blvd., Ste. 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee* for Service was: $159.30
   e. I am: Not A Registered California Process Server

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

08/14/2020
(Date)

(Thien Nguyen)



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | 4708760<br>(11564332) |
|---|---|---|