1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

JOHN ROE, JANE ROE AND JOHN ROE II,

Plaintiffs and Putative Class Representatives,

vs.

RIVIAN AUTOMOTIVE, LLC, and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 8:20-cv-00998-MWF-ADS

Hon. Michael W. Fitzgerald

**[PROPOSED] ORDER GRANTING DEFENDANT RIVIAN AUTOMOTIVE, LLC'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

The Court, having considered Defendant Rivian Automotive, LLC's ("Rivian") Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11 hereby orders as follows:

    (1)  Rivian's Motion is GRANTED.

    (2)  Plaintiffs John Doe, Jane Doe and John Doe II, along with their counsel of record, Timothy Cojocnean are ordered to pay Rivian $_____ in sanctions pursuant to Federal Rule of Civil Procedure 11.

IT IS SO ORDERED.

DATED:

_____
Hon. Michael W. Fitzgerald
United States District Judge

[PROPOSED] ORDER