1  Michael D. Mortenson, Cal. Bar No. 247758
    mmortenson@mortensontaggart.com
2  Craig A. Taggart, Cal. Bar No. 239168
    ctaggart@mortensontaggart.com
3  MORTENSON TAGGART LLP
    300 Spectrum Center Dr., Suite 1100
4  Irvine, CA 92618
    Telephone: (949) 774-2224
5  Facsimile: (949) 774-2545

6  Attorneys for Defendant
    RIVIAN AUTOMOTIVE, LLC

7

8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA**

11  JOHN ROE, JANE ROE AND JOHN
    ROE II,

12          Plaintiffs and Putative
13          Class Representatives,

14          vs.

15  RIVIAN AUTOMOTIVE, LLC, and
    DOES 1 through 10, inclusive,

16

17          Defendants.

18

19

| | |
|---|---|
| CASE NO. 8:20-cv-00998-MWF-ADS | |

Hon. Michael W. Fitzgerald

**SUPPLEMENTAL DECLARATION OF MICHAEL D. MORTENSON IN SUPPORT OF RIVIAN AUTOMOTIVE, LLC'S UNOPPOSED MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11**

Hearing Date:   September 14, 2020
Time:          10:00 a.m.
Courtroom:     5A

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF M. MORTENSON

## SUPPLEMENTAL DECLARATION OF MICHAEL D. MORTENSON

I, Michael D. Mortenson, declare and state as follows:

1.      I am an attorney authorized to practice law in the State of California and admitted to practice before this Court.  I am a partner at Mortenson Taggart LLP, and I am counsel for Defendant Rivian Automotive LLP ("Rivian") in this case.  I make this supplemental declaration based on my personal knowledge, the record in this action, and the matters of public record, and if called upon as a witness, I could and would testify competently as to the matters discussed herein. The exhibit numbers referenced herein follow in sequence from where the previous declaration left off.

2.      On July 23, 2020, we sent Plaintiffs' counsel a letter requesting, among other things, that Plaintiffs not file any confidential or proprietary information publicly.  We informed Plaintiffs that we would apply *ex parte* to prevent the filing and disclosure of confidential information publicly if Plaintiffs would not confirm that they will not file confidential or proprietary information publicly.

3.      Later that same day, on July 23, 2020, Plaintiffs' counsel sent me two letters.  Attached hereto as **Exhibits 9 and 10** are true and correct copies of the letters Plaintiffs' counsel sent to me in response to my July 23, 2020 letter.

4.      After receiving Plaintiffs' response letters, I sent Plaintiffs a response e-mail.  Plaintiffs' counsel then sent me an e-mail responding to my e-mail. Attached hereto as **Exhibit 11** is a true and correct copy of my e-mail exchange with Plaintiffs' counsel from July 23, 2020.

5.      On July 24, 2020, my partner sent an e-mail to Plaintiff's counsel providing *ex parte* notice concerning a state court action brought by John Roe II against Rivian.  Plaintiffs' counsel responded to the e-mail that same day.  I then responded to Plaintiffs' counsel's e-mail again requesting that Plaintiffs disclose the identity of John Roe II.  After we filed *ex parte* papers in state court, Plaintiffs'

counsel responded and identified John Roe II as Simeon Hunter.  Attached hereto as **Exhibit 12** is the e-mail chain From July 24, 2020 and July 27, 2020.

6.     On August 12, 2020, we received an e-mail from "J. Steven Davis, J.D., D.D." who has the title of "Director of Litigation" for Plaintiffs' counsel's firm.  We responded to that e-mail on August 13, 2020.  Attached hereto as **Exhibit 13** is a true and correct copy of the e-mail exchange with J. Steven Davis on August 12 and 13, 2020.

7.     Attached hereto as **Exhibit 14** is a true and correct copy of a printout for the California State Bar profile for "James Steven Davis."  The e-mail address used in this State Bar profile is the same e-mail address that was copied on the e-mail to us referenced in Exhibit 13.

8.     Attached hereto as **Exhibit 15** is a true and correct copy of an article from the Los Angeles Times dated June 26, 2004 entitled: "Lawyer is Indicted on Tax Evasion Charges."  This is one-week before "James Steven Davis" appears to have resigned from the practice of law as reflected in Exhibit 14.

9.     We also reviewed the "Vexatious Litigant List" for California courts that can be obtained at https://www.courts.ca.gov/documents/vexlit.pdf.     It appears that James Steven Davis – or someone bearing his exact name – was deemed a vexatious litigant in California Superior Court, County of Riverside on October 17, 2014.  Attached hereto as **Exhibit 16** is an excerpt of the "Vexatious Litigant List."

10.     From reviewing the docket of another litigation that James Steven Davis was a party to we learned that someone of the same name appears to have been named as a vexatious litigation by District Judge R. Gary Klausner.  From reviewing PACER, we located a declaration filed by James S. Davis where he admits that District Judge Klauser had previously declared him to be a "Vexatious Litigant."    Attached hereto as **Exhibit 17** is a true and correct copy of the declaration pulled from PACER.

11.   Attached hereto as **Exhibit 18** is a true and correct copy of an article from the Patch dated March 21, 2017 entitled "Man Convicted of Posing as Cop, Fireman Sentenced."

12.   Attached hereto as **Exhibit 19** is a true and correct copy of an article from AuxSentinel News from August 30, 2005 entitled: "Civil Air Patrol's James Davis Sentenced to Federal Prison."

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed this 31st day of August, 2020, at Irvine, California.


*/s/Michael D. Mortenson*
Michael D. Mortenson

-3-
SUPPLEMENTAL DECLARATION OF M. MORTENSON