1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE, JANE ROE AND JOHN ROE II,<br><br>       Plaintiffs and Punitive Class Representatives,<br><br>       vs.<br><br>RIVIAN AUTOMOTIVE, LLC, and DOES 1 through 10, inclusive,<br><br>       Defendants. | CASE NO. 8:20-cv-00998-MWF ADS<br><br>Hon. Michael W. Fitzgerald<br><br>**JUDGMENT** |

Pursuant to the Court's December 12, 2020 Order Granting Defendant Rivian Automotive, LLC's ("Rivian") Motion For Sanctions (Doc. 26), as well as the Court's February 11, 2021 Order Apportioning Sanctions (Doc. 28), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Rivian shall have judgment in its favor against Plaintiffs' counsel Timothy M. Cojocnean in the amount of $67,221.92;

2. Rivian shall have judgment in its favor against Plaintiff Keenan Moody in the amount of $8,402.74; and

3. Rivian shall have judgment in its favor against Plaintiff Sara Karp in the amount of $8,402.74.

IT IS SO ORDERED.

Dated:  March 10, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge